In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00151-CR
NO. 09-15-00152-CR
_____

**HABIB AYMAN BEATTY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 1A District Court**
**Jasper County, Texas**
**Trial Cause Nos. 11794JD and 12162JD**

**MEMORANDUM OPINION**

On March 19, 2015, the trial court sentenced Habib Ayman Beatty on convictions for delivery of a controlled substance and burglary of a habitation. Beatty filed notice of appeal on April 20, 2015. In each case, the trial court signed a certification in which the court certified that the defendant waived his right of appeal and that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's

1

certifications to the Court of Appeals. On April 24, 2015, we notified the parties that we would dismiss the appeals unless the appellant established that the certifications are incorrect. No response has been filed. Because the trial court's certifications show the defendant does not have the right of appeal, we must dismiss the appeals. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeals.

      APPEALS DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on May 26, 2015
Opinion Delivered May 27, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2